**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   October 24, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   13-cv-00475-RM-2**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| | Robert Troyer |
| Plaintiff, | |
| v. | |
| **2.  JESSIE WILSON**, | Daniel Smith |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:        1:11 p.m.**
Appearances of counsel.    Defendant is present and in custody.

Defendant sworn and answers true name; Defendant is 32 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of the Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Count 1 of the Indictment.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:  Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:  Sentencing is set for **February 6, 2015,** at **9:00 a.m.**

Discussion held regarding Defendant's transportation back to ADX and Defendant's request to waive his presence at sentencing.   Mr. Smith is directed to file a written motion requesting that Defendant's presence be waived at sentencing.

**ORDERED**:  Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     **1:44 p.m.**
**Total in court time:**     **00:33**
**Hearing concluded**