**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00475-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JESSIE WILSON,

    Defendant.

_____

**SECOND AMENDED ORDER FOR SERVICE OF SUBPOENAS IN FORMA PAUPERIS**
_____

This matter coming to the attention of the Court on the Motion to Amend Order for Subpoenas in Forma Pauperis (ECF No. 133) for Amendment of the Court's order for Issuance of Subpoenas in Forma Pauperis (ECF No. 120) filed by the Defendant Wilson, the Court enters the following Order:

ORDERED The United States Marshal shall arrange for and pay for round-trip air transportation for the sentencing hearing on **February 6, 2015 at 1:30 PM** for the following witnesses: Tiffany Wilson from Jacksonville Florida , Lisa Huber from Gulfport, Mississippi, and Dominika Osmolska from San Francisco, California.

FURTHER ORDERED The United States Marshall shall reimburse the witnesses Wilson, Huber, and Osmolska, the hotel and living expenses incurred in Denver, Colorado based

on their compliance with the Court Ordered subpoenas, and based on approved United States government per diem rates.

Dated at Denver, Colorado this 3rd day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge